[Cite as *Huber v. Unknown*, 2010-Ohio-3643.]



# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us

ALAN D. HUBER

    Plaintiff

    v.

Case No. 2010-02022-AD

Deputy Clerk Daniel R. Borchert

<u>ENTRY OF DISMISSAL</u>    UNKNOWN

{¶ 1} On February 1, 2010, this court issued a pre-screening entry dismissing City of Maumee, Ohio as a party and requiring plaintiff to file an amended complaint naming a state department, board, office, commission, agency, institution, or other state instrumentality as defendant or face dismissal of his case. Plaintiff has failed to comply with the court order. Therefore, plaintiff's action is DISMISSED, without prejudice, pursuant to Civ.R. 41(B). The court shall absorb the costs of this case.

_____
DANIEL R. BORCHERT
Deputy Clerk

cc:

Alan D. Huber
452 Patriot Drive East
Waterville, Ohio  43566

DRB/laa
Filed 3/19/10
Sent to S.C. reporter 8/6/10